UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA MARTINELLI,

                Plaintiff,

-against-

LEGENDS HOSPITALITY, LLC,

                Defendant.

No. 24-CV-8249 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It having been reported to this Court that the above-entitled action has been settled, it is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:    March 24, 2025
             New York, New York

                                            *Loretta A. Presky*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge