**JacksonLewis**

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4015 Direct
Daniel.Schudroff@jacksonlewis.com

April 23, 2025

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

           Re:   **Martinelli v. Legends Hospitality, LLC**
                   **Case No. 1:24-cv-08249**

Dear Judge Preska:

      We represent Legends Hospitality, LLC ("Defendant") in connection with the above-referenced matter initiated by Veronica Martinelli ("Plaintiff"). In light of the April 23, 2025 deadline to reinstate this action pursuant to the Court's March 24, 2025 Order (Dkt. No. 12), Plaintiff and Defendant write to advise that the settlement is nearly consummated and the Parties expect to file a Stipulation and Order of Dismissal, With Prejudice, within the next 21 days.

Respectfully submitted,

/s/ Daniel D. Schudroff
Daniel D. Schudroff

cc:   Corey Stark, Esq. (via ECF)

```
The parties shall file a stipulation of
dismissal no later than May 14, 2025.

SO ORDERED.

Dated: April 25, 2025
```

_____
LORETTA A, PRESKA, U.S.D.J.

4919-5045-5354, v. 1